IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>SEAN EVAN THOMAS BAD BEAR,<br><br>　　　　　Defendant. | CR 20-52-BLG-SPW<br><br><br>ORDER |

Upon the Court's Own Motion,

IT IS HEREBY ORDERED that the in-person sentencing currently scheduled for Wednesday, February 3, 2021 at 1:30 p.m., is **VACATED** and **RESET** to commence on **Thursday, February 4, 2021 at 1:30 p.m.** in the Snowy Mountains Courtroom of the James F. Battin U.S. Courthouse, Billings, Montana.

The Clerk shall forthwith notify the parties of the making of this Order.

DATED this 18th day of November, 2020.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　SUSAN P. WATTERS
　　　　　　　　　　　　　　　　　　　U.S. DISTRICT JUDGE

1